UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAQUAN McINTOSH,

                      Movant,

            -against-

                         19-cv-11966 (LAK)
                        [16-cr-0212 (LAK)]

UNITED STATES OF AMERICA,

                      Respondent.
------------------------------------------------------------x

Copy mailed to
Jaquan McIntosh by
First Class Mail
10/11/2020     AM

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        No papers having been received on or before October 7, 2020, the Court declines to reconsider its June 11, 2020 ruling denying movant's Section 2255 motion. Dkt 1504, 16-cr-0212 (LAK).

        SO ORDERED.

Dated:    October 11, 2020

                                                                 Lewis A. Kaplan
                                                 United States District Judge