UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAQUAN McINTOSH,

                         Movant,


             -against-                                    19-cv-11966 (LAK)
                                                          [16-cr-0212 (LAK)]


UNITED STATES OF AMERICA,

                         Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**ORDER**


LEWIS A. KAPLAN, *District Judge.*

             Movant is directed to file any reply to the government's further response to his 28
U.S.C. § 2255 motion within 30 days of the date of this order.  The Clerk shall mail a copy of this
order to movant and so note on the docket sheet.

             SO ORDERED.

Dated:       February 8, 2021


                              /s/ Lewis A. Kaplan  /BT
                              _____
                                    Lewis A. Kaplan
                                    United States District Judge