USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAQUAN McINTOSH,

                  Movant,

        -against-                                    19-cv-11966 (LAK)
                                                          [16-cr-0212 (LAK)]

UNITED STATES OF AMERICA,

                  Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Movant's motion to reopen or reconsider the denial of his motion pursuant to 28 U.S.C. § 2255 is denied substantially for the reasons set forth in the government's papers [DI 1562 and 1486] and the declaration of Attorney James Bell [DI 1548]. The Court notes that movant was directed to file any response to the latest submissions by the government and Mr. Bell within thirty days of February 8, 2021 but failed to do so. The Clerk shall terminate any pending motions and close the case.

        A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. §1915(a)(3).

        SO ORDERED.

Dated:      March 30, 2021

                                                                            Lewis A. Kaplan
                                                         United States District Judge